TAIWAN INTERNATIONAL STANDARD ELECTRONICS, LTD. ("TAISEL"), PLAINTIFF *v.* UNITED STATES AND THE U.S. DEPARTMENT OF COMMERCE, DEFENDANTS

Court No. 92–08–00532

(Dated February 25, 1998)

JUDGMENT

AQUILINO, JR., *Judge:* The plaintiff having interposed a motion deemed made pursuant to CIT Rule 56.2 for judgment upon the record compiled by the International Trade Administration, U.S. Department of Commerce ("ITA") *sub nom. Certain Small Business Telephone Systems and Subassemblies Thereof From Taiwan; Final Results of Anti-*

114

*dumping Duty Administrative Review*, 57 Fed.Reg. 29,283 (July 1, 1992); and the court in slip op. 97–40, 21 CIT ___, 963 F.Supp. 1202 (1997), having granted the motion to the extent of remand to the ITA for reconsideration of plaintiff's sales to the United States that were canceled or re-exported and also of the best information otherwise available; and the agency having reconsidered these matters, as reflected in *Small Business Telephone Systems and Subassemblies Thereof from Taiwan* Final Results of Redetermination Pursuant to Court Remand (July 3, 1997) filed herein and which reduced the margin of dumping for the plaintiff from 129.73 to 8.11 percent; and the plaintiff not having availed itself of its opportunity to contest or otherwise comment on these remand results herein; Now therefore, after due deliberation, it is

ORDERED, ADJUDGED and DECREED that the ITA's *Small Business Telephone Systems and Subassemblies Thereof from Taiwan* Final Results of Redetermination Pursuant to Court Remand (July 3, 1997) be, and they hereby are, affirmed.